# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

The Robert C. Byrd United States Courthouse
300 Virginia Street, Suite 7602
Charleston, West Virginia 25301

ROBERT BRUCE KING
United States Circuit Judge

(304) 347-3533


June 24, 2008

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2008 JUN 30 A 10:57 FINANCIAL DISCLOSURE OFFICE

     Attention:    Honorable Ortrie D. Smith, Chair

     Re: Amendment to 2007 Financial Disclosure Report (AO-10)

Dear Judge Smith:

     I write to amend my 2007 Financial Disclosure Report as requested by your June 19, 2008 letter. Please be advised that the information to be reflected in Part VII, page 6, line 42, Column C-1 is "J," and in Column C-2 is "T."

     Unless I hear further, I will assume that my Report has been amended in an acceptable manner. I appreciate your attention to such detail, and please contact me if you need additional information.

Very truly yours,

Robert B. King

RBK/kss

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>King, Robert B | 2. Court or Organization<br><br>U.S. Court of Appeals, 4th Circuit | 3. Date of Report<br><br>05/1/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>300 Virginia Street, East<br>Suite 7602<br>Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | ████████████ Education Trust, United Bank (corporate Trustee) |
| 2.   Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY -6 A 11: 02
RECEIVED
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TimeWarner Inc. (com) | B | Dividend | K | T | Part sold | 03/26 | K | E | |
| 2. Cisco Systems Inc. (com) | | None | K | T | | | | | |
| 3. Proctor & Gamble Co. (com) | B | Dividend | M | T | Part sold | 06/01 | L | E | |
| 4. Intel Corp. (com) | B | Dividend | M | T | | | | | |
| 5. Microsoft Corp. (com) | B | Dividend | L | T | | | | | |
| 6. RF Micro Devices Inc. (com) | | None | L | T | | | | | |
| 7. Sun Micro Systems Inc. (com) | | None | K | T | | | | | |
| 8. Morgan Stanley Dean Witter & Co. (com) | C | Dividend | M | T | Part sold | 06/01 | L | E | |
| 9. Discover Financial Services-spinoff of Morgan Stanley 7/06 | A | Dividend | | | Sold | 12/27 | K | A | |
| 10. Starbucks (com) | | None | L | T | | | | | |
| 11. Legg Mason Partners Appreciation Fund | A | Distribution | K | T | Buy | 06/22 | J | | |
| 12. | | | | | Buy | 06/08 | K | | |
| 13. | | | | | Buy | 12/27 | J | | |
| 14. Legg Mason Special Investment Trust | A | Distribution | K | T | | | | | |
| 15. Legg Mason Value Trust | A | Distribution | K | T | | | | | |
| 16. Legg Mason Growth Trust | A | Distribution | L | T | | | | | |
| 17. Legg Mason American Leading Companies | A | Distribution | K | T | Buy | 06/22 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 06/08 | K | | |
| 19. Legg Mason Emerging Markets Trust | B | Distribution | K | T | Buy | 06/08 | J | | |
| 20. | | | | | Buy | 12/27 | J | | |
| 21. Legg Mason International Equity Trust | B | Distribution | L | T | | | | | |
| 22. Legg Mason Small- Cap Value Trust | B | Distribution | K | T | | | | | |
| 23. Legg Mason Partners Aggressive Growth Fund | A | Distribution | K | T | Buy | 06/08 | J | | |
| 24. Legg Mason Opportunity Trust | B | Distribution | K | T | | | | | |
| 25. Legg Mason Partners Fundamental Value Fund | B | Distribution | K | T | Buy | 06/08 | K | | |
| 26. | | | | | Buy | 06/22 | J | | |
| 27. Royce Pennsylvania Mutual Fund | A | Distribution | K | T | Buy | 06/22 | K | | |
| 28. RoyceTotal Return Fund | A | Distribution | K | T | | | | | |
| 29. Royce Trustshares Fund | A | Distribution | K | T | Buy | 06/08 | K | | |
| 30. TimeWarner Inc. (com) | A | Dividend | J | T | | | | | |
| 31. Dell Computer Corp. (com) | | None | J | T | | | | | |
| 32. E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 33. Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |
| 34. Oil and Gas Interests, Tyler and other counties, WV (35-37): | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,●●0 | G =$100,001 - $1,000,●●● | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,00● | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =●ther | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 36.    b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 37.    c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 38.    ▬▬▬▬▬ Education Trust (as follows): | A | Dividend | J | T | | | | | See Note 1 in Part VIII |
| 39. | | Interest | | | | | | | |
| 40.    - Note from Beneficiary dated 1/1/99 | | | | | Note forgive | 01/29 | K | | |
| 41.    - Note from Beneficiary dated 6/6/00 | | | | | Note forgive | 01/29 | J | | |
| 42.    - Federated Prime Obligations Inst. Srv. Shs. Fund #396 | A | Interest | | | Part sold | 01/08 | J | A | |
| 43. | | | | | Part sold | 01/15 | J | A | |
| 44. | | | | | Part sold | 01/18 | J | A | |
| 45. | | | | | Part sold | 02/16 | J | A | |
| 46. | | | | | Part sold | 04/02 | J | A | |
| 47. | | | | | Part sold | 07/12 | J | A | |
| 48. | | | | | Part sold | 07/16 | J | A | |
| 49. | | | | | Part sold | 07/20 | J | A | |
| 50. | | | | | Part sold | 08/13 | J | A | |
| 51. | | | | | Part sold | 08/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Part sold | 08/20 | J | A | |
| 53. | | | | | Part sold | 09/20 | J | A | |
| 54. | | | | | Part sold | 09/24 | J | A | |
| 55. | | | | | Part sold | 09/28 | J | A | |
| 56. | | | | | Part sold | 10/22 | J | A | |
| 57. | | | | | Part sold | 10/30 | J | A | |
| 58. | | | | | Part sold | 11/20 | J | A | |
| 59. Federated Total Return Bond Fund #288 | A | Distribution | | | Part sold | 2/20 | J | A | |
| 60. | | | | | Sold | 06/29 | J | A | |
| 61. Pimco All Asset Fund Adm. Shs. #588 | A | Distribution | | | Part sold | 02/07 | J | A | |
| 62. | | | | | Part sold | 02/20 | J | A | |
| 63. | | | | | Sold | 08/31 | J | A | |
| 64. Federated Kaufmann Small Cap. Fund #757 | A | Distribution | | | Sold | 02/20 | J | A | |
| 65. Federated Cap. Appreciation Fund A#674 | A | Distribution | | | Sold | 08/31 | J | A | |
| 66. - Federated Kaufmann Fund - CLA Fd. #066 | A | Distribution | | | Sold | 01/25 | J | A | |
| 67. - Goldman Sachs Large Cap. Value Fund CLA #1213 | A | Distribution | | | Sold | 08/31 | J | A | |
| 68. - Federated Strategic Value Fund CLA #661 | A | Distribution | | | Sold | 08/01 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fidelity Advisor Leveraged Fund CLA | A | Distribution | | | Part sold | 02/20 | J | A | |
| 70. | | | | | Sold | 08/31 | J | A | |
| 71. - Fidelity Advisor Strategic Real Return | A | Distribution | | | Sold | 02/20 | J | A | |
| 72. - Am. Funds Growth Fund of Am.CLA #05 | A | Distribution | | | Sold | 08/31 | J | A | |
| 73. - UBS US Large Cap Equity Fund-A | A | Distribution | | | Sold | 01/10 | J | A | |
| 74. Alpha Hedged Strategies Fund | A | Distribution | | | Buy | 2/20 | J | | |
| 75. | | | | | Sold | 08/31 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: This Trust is reported under the special rules for an "Aggregate Ownership Arrangement."

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/1/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544